UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-----------------------------------------------------

UNITED STATES OF AMERICA,

                              Plaintiff,

          -against-

Rachell Asprea

                              Defendant.

-----------------------------------------------------

Case No.: 26 MJ 0002 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Kim P. Berg,
United States Magistrate Judge

Dated:         12 day of June         , 2026
          White Plains, New York